**Office of the Standing Chapter 13 Trustee**
**125 E John Carpenter Freeway**
**Suite 1100 11th Floor**
**Irving, TX  75062**
**(214) 855-9200 / (214) 965-0757  (Fax)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | Case No:  17-31786-SGJ-13 |
| **TRACEY LASHAUN NEAL** | |
| Debtor | Pre-Hearing Date:  January 04, 2018 |

Notice of Pre-Hearing Conference and Hearing on
"Trustee's Recommendation Concerning Claims, Objection to Claims and Plan
Modification (if required)"

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) ("TRCC") will be held at **8:30 a.m.** on **January 04, 2018** at 125 E John Carpenter Freeway, Suite 1100 11th Floor, Irving, TX  75062.

Any objection to the Pleading not resolved or defaulted at the Trustee's pre-hearing conference will be heard by the Court at 2:00 p.m. on the same day at 1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

Pursuant to General Order 2017-01, unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC, and such treatment will be final and binding on all parties.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON ANY AFFECTED CREDITORS AND ON THE FOLLOWING PARTIES NO LATER THAN 12/02/2017.

| | |
|---|---|
| Debtor: | TRACEY LASHAUN NEAL, 632 HORSESHOE CT, DESOTO, TX 75115 |
| Attorney: | GWENDOLYN E HUNT, 2010 N HAMPTON RD, NO 400, DESOTO, TX 75115 |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

Case # 17-31786-SGJ-13  
TRACEY LASHAUN NEAL  
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

Page 2

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)" and "Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtor: Tracey Lashaun Neal, 632 Horseshoe Ct, Desoto, Tx 75115  
Attorney: Gwendolyn E Hunt, 2010 N Hampton Rd, No 400, Desoto, Tx 75115**  
Creditor(s): Convergent Outsourcing Inc, Po Box 9004, Renton, Wa 98057  
County Of Dallas, Co Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx 75207**  
Deiv Llc, 3748 W Chester Pike Ste 103, Newton Square, Pa 19073  
First Service Residential, 3102 Oak Lawn Ave, Suite 202, Dallas, Tx 75219  
Partners For Payment Relief Deiv Llc, 3748 West Chester Pike Ste 103, Newtown Square, Pa 19073  
Partners For Payment Relief Deiv Llc, Fci Lender Services, Po Box 27370, Anaheim Hills, Ca 92809  
Selene Finance Lp, Po Box 422039, Houston, Tx 77242  
Wilmington Savings Fund Society, Selene Finance Lp, 9990 Richmond Ave, Ste 400S, Houston, Tx 77042

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: 11/02/2017

By: /s/ Thomas D. Powers  
Thomas D. Powers, Chapter 13 Trustee  
State Bar No. 16218700

Case 17-31786-sgj13 Doc 28 Filed 11/02/17 Entered 11/02/17 10:49:16 Page 3 of 5

Case # 17-31786-SGJ-13  Page 3
TRACEY LASHAUN NEAL
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                          Case No: 17-31786-SGJ-13
**TRACEY LASHAUN NEAL**
      Debtor                   Hearing Date: January 04, 2018

**Trustee's Recommendation Concerning Claims, Objection to Claims and**
**Plan Modification (if required)**

The Trustee hereby objects to the following claims for the reason (s) indicated, pursuant to Bankruptcy Rule 3007:

**I.**

**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The "bar date" for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| T'ee # | Creditor's Name | Class | Sched Amount |
|---|---|---|---|
| 1 | CONVERGENT OUTSOURCING INC | Unsecured | $822.00 |

**II.**

**SPECIFIC OBJECTIONS**

The Trustee hereby objects to the following claims, for the reason (s) indicated in Column 7. The claims should be ALLOWED/DISALLOWED as indicated in Column 4 for the amount and class indicated in Columns 5 and 6 respectively.

| Column 1 Pacer # | Column 2 Creditor Name | Column 3 Claim Amount | Column 4 Allow/Disallow | Column 5 Amount | Column 6 Class | Column 7 Reason (See Below) | Column 8 T'ee # |
|---|---|---|---|---|---|---|---|
| | *** NONE *** | | | | | | |

**CODE: "REASON(S)" FOR CLAIM OBJECTION**

*** NONE ***

**III.**

**TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS**

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class listed below.

Case # 17-31786-SGJ-13                            Page 4
TRACEY LASHAUN NEAL
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

| T'ee Clm # | DSO Creditors | Comment | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Mortgage Arrears and Conduit Creditors | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| 3 | WILMINGTON SAVINGS FUND SOCIETY | 1ST LN/HOME/ARREARS | $13,450.18 | 0.00 | Trustee |
| 7 | PARTNERS FOR PAYMENT RELIEF DEIV LLC | 2ND LN/HOME/ARREARS | $3,909.39 | 0.00 | Trustee |
| 8 | PARTNERS FOR PAYMENT RELIEF DEIV LLC | 2ND LN/HOME/CURRENT | $40,972.86 | N/A | Trustee |
| 9 | WILMINGTON SAVINGS FUND SOCIETY | 1ST LN/HOME/CURRENT | $160,192.83 | N/A | Trustee |
| 10 | WILMINGTON SAVINGS FUND SOCIETY | 1ST LN/HOME/GAP ARREARS | $1,977.74 | 0.00 | Trustee |
| 13 | PARTNERS FOR PAYMENT RELIEF DEIV LLC | 2ND LN/HOME/GAP ARREARS | $531.40 | 0.00 | Trustee |

| T'ee Clm # | Secured 910 Creditors - No Cram Down | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| | *** NONE *** | | | | | |

| T'ee Clm # | Secured Creditors - Surrendered | Collateral | Claim Amount | Value | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors - Paid Direct | Collateral | Claim Amount | Paid By |
|---|---|---|---|---|
| 4 | COUNTY OF DALLAS | REAL PROPERTY | $3,528.12 | Direct by Debtor |

| T'ee Clm # | Priority Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unsecured - Special Class Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Executory Contracts/ Unexpired Leases | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unsecured Creditors | Comment | Claim Amount |
|---|---|---|---|
| 12 | FIRST SERVICE RESIDENTIAL | | $356.00 |

**IV.**

**PLAN MODIFICATION, subject to feasibility**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2017-01, the Trustee requests the following Modification of the Debtor Confirmed Plan, subject to feasibility, herein:

- Change monthly payment amount from $1,773.00 per month to $1,773.00 X 4; $1,788.00 X 49. This payment change will begin with the payment due on 12/31/2017; and

- The above change(s) will result in a new "BASE AMOUNT" of $106,741.00 (total due to Trustee under Plan, if all payments timely made).

**Case # 17-31786-SGJ-13**  Page 5
**TRACEY LASHAUN NEAL**
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

## Reason for Modification

The modification is requested for the following reason(s):

- To cure an insufficient plan.

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700