OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                                         CASE NO:  17-31786-SGJ-13

TRACEY LASHAUN NEAL                                                    JUDGE STACEY G. C. JERNIGAN

            DEBTOR

**NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND**

**NO CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE**

TO THE DEBTOR AND DEBTOR'S ATTORNEY:

   The Trustee's office has received a Notice of Mortgage Payment Change dated January 09, 2020.  The mortgage payment for Trustee's claim # 9 - WILMINGTON SAVINGS FUND SOCIETY has been changed to $1,408.99 per mo[n] These payments will begin February 01, 2020.

   No changes have been made to Plan Payments.

                                                                    By: /s/ Thomas D. Powers
                                                                    Thomas D. Powers, Chapter 13 Trustee
                                                                    State Bar No. 16218700
                                                                    105 Decker Ct
                                                                    Suite 1150 11th Floor
                                                                    Irving, TX  75062
                                                                    (214) 855-9200

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND NO CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE has been served on the Debtor and Debtor's Counsel by United States First Class Mail or by electronic service.

Case No: 17-31786-SGJ-13
**Debtor Name: TRACEY LASHAUN NEAL**
**NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND**
**NO CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE, Page 2**

| | |
|---|---|
| Debtor: | TRACEY LASHAUN NEAL, 632 HORSESHOE CT, DESOTO, TX  75115 |
| Attorney: | GWENDOLYN E HUNT, 2010 N HAMPTON RD, NO 400, DESOTO, TX  75115** |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

/s/ Thomas D. Powers
_____
Thomas D. Powers

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
105 Decker Ct
Suite 1150 11th Floor
Irving, TX 75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                               CASE NO: 17-31786-SGJ-13

TRACEY LASHAUN NEAL                    JUDGE STACEY G. C. JERNIGAN

      DEBTOR

**NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND**

**NO CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE**

TO THE DEBTOR AND DEBTOR'S ATTORNEY:

    The Trustee's office has received a Notice of Mortgage Payment Change dated January 09, 2020. The mortgage payment for Trustee's claim # 9 - WILMINGTON SAVINGS FUND SOCIETY has been changed to $1,408.99 per mor These payments will begin February 01, 2020.

    No changes have been made to Plan Payments.

                                                                      By: /s/ Thomas D. Powers

                                                                      Thomas D. Powers, Chapter 13 Trustee
                                                                      State Bar No. 16218700
                                                                      105 Decker Ct
                                                                      Suite 1150 11th Floor
                                                                      Irving, TX 75062
                                                                      (214) 855-9200

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND NO CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE has been served on the Debtor and Debtor's Counsel by United States First Class Mail or by electronic service.

Case No: 17-31786-SGJ-13
**Debtor Name: TRACEY LASHAUN NEAL**
**NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND**
**NO CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE, Page 2**

| | |
|---|---|
| Debtor: | TRACEY LASHAUN NEAL, 632 HORSESHOE CT, DESOTO, TX  75115 |
| Attorney: | GWENDOLYN E HUNT, 2010 N HAMPTON RD, NO 400, DESOTO, TX  75115** |

\*\*Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

/s/ Thomas D. Powers

Thomas D. Powers